IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CARLOS G. SANCHEZ,**

Petitioner,

v.

**S. FRAUENHEIM,**

Respondent.

Case No. 1:16-cv-00600 MJS (HC)

**ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION**

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon examination of the petition, the Court has discovered that the petition does not contain an original signature. Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2(c)(5) of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ordered to submit a document stating that he submitted the instant petition

1

to the Court and sign it under penalty of perjury.   The document must contain an original signature.  Petitioner is granted twenty (20) days from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   May 3, 2016                                /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE